Case 2:08-cr-00074-JAG Document 33 Filed 04/26/10 Page 1 of 5 PageID: 52

PROB 12B
(7/93)

# United States District Court

for

### District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Conroy Edwards        Cr.: 08-74-01
PACTS Number: 44882

Name of Sentencing Judicial Officer: Joseph A. Greenaway, Jr.

Date of Original Sentence: 07/24/08

Original Offense: Conspiracy to engage in the business of dealing in firearms without a license

Original Sentence: 3 years probation and $100 special assessment. Special conditions: Six months home confinement and DNA collection

Type of Supervision: Probation        Date Supervision Commenced: 07/24/08

### PETITIONING THE COURT

[ ]   To extend the term of supervision for    Years, for a total term of    Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall contribute 20 hours of community service work per week commencing at the direction of the probation office. Such service shall be without compensation, with specific work placement to be approved by the U.S. Probation Office. The defendant shall continue to contribute 20 hours of community service with said obligation to be discharged at the discretion of the U.S. Probation Office only after the defendant has either secured legitimate full-time employment; has otherwise commenced participation in an approved educational/vocational program; or has completed his term of probation; whichever comes first.

### CAUSE

Since January 2009, the defendant has failed to secure or maintain suitable employment. He has not been excused by the probation officer from participating in employment, schooling, or training.

Respectfully submitted,

By: Adriana Garcia
U.S. Probation Officer
Date: 03/09/10

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action

PROB 12B - Page 2
Conroy Edwards

[ ] Other

_____
Signature of Judicial Officer
U.S.C. J. sitting by designation on the D. Ct.

___4-21-10___
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall contribute 20 hours of community service work per week commencing at the direction of the probation office. Such service shall be without compensation, with specific work placement to be approved by the U.S. Probation Office. The defendant shall continue to contribute 20 hours of community service with said obligation to be discharged at the discretion of the U.S. Probation Office only after the defendant has either secured legitimate full-time employment; has otherwise commenced participation in an approved educational/vocational program; or has completed his term of probation; whichever comes first.

Witness: _____
U.S. Probation Officer
Adriana Garcia

Signed: _____
Probationer
Conroy Edwards

3/9/2010
DATE

# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**RICHARD A. GALLO**
SUPERVISING PROBATION OFFICER

**MARYELLYN MULLER**
SUPERVISING PROBATION OFFICER

March 9, 2010

401 MARKET ST., 1ST FLOOR
POST OFFICE BOX 3497
CAMDEN, NJ 08101-3497
(856) 757-5043
FAX: (856) 757-5302
www.njp.uscourts.gov

Honorable Joseph A. Greenaway, Jr.
U.S. District Judge
Martin Luther King, Jr.
Federal Building & U.S. Courthouse
50 Walnut Street, Room 4040
Newark, New Jersey 07102

RECEIVED

MAR 2 8 2010

Joseph A. Greenaway, Jr.
United States District Judge

RE: **United States v. Conroy Edwards**
Dkt. No.: 08-74-01
**Request for Modification of Conditions**

Dear Judge Greenaway:

On July 24, 2008, the above-referenced was sentenced by Your Honor to three years probation. Edwards entered a guilty plea to Conspiracy to Engage in the Business of Dealing in Firearms without a License. A $100 special assessment was imposed and Edwards was ordered to abide by the following special conditions: six months home confinement and DNA collection.

Edwards maintained suitable employment between the time he commenced supervision and January 30, 2009, when he was laid-off from the position. Since then, Edwards has failed to secure or maintain suitable employment, despite several directives to do so. He has not been excused by the probation officer, for any legitimate reason, from participating in employment, training or schooling. On March 9, 2010, the offender met with the undersigned officer and was presented with a Probation 49 form, *Waiver of Hearing to Modify Conditions of Supervised Release*, to include his participation in community service work. As evidenced by the executed waiver enclosed, Edwards has agreed with this modification. Given the aforementioned, we respectfully request that Edwards' conditions be modified to include community service work. Edwards' participation in community service activities will keep him productively occupied while benefitting the community, and may broaden Edwards' network of potential employers.

Unless Your Honor considers otherwise, we ask that you review the attached Probation Form 12B, *Request for Modifying the Conditions or Term of Supervision*, authorizing the modification. We will make ourselves readily available should Your Honor wish to discuss this matter, so please do not hesitate to contact the undersigned probation officer at (973) 645-4701.

Honorable Joseph A. Greenaway, Jr.
Page 2
March 9, 2010

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Adriana Garcia
U.S. Probation Officer

/ag

cc: Joseph George Mack, Assistant U.S. Attorney